UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL EDWARDS            JURY TRIAL DEMANDED

v.            CASE NO.  3:08CV

CREDIT CONTROL, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder or the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant holds itself out to the public as a collection agency.

6. Defendant is a debt collector within the FDCPA.

7. Defendant communicated with plaintiff from a place of business at 16141 Swingley Ridge Rd Suite 405, Chesterfield MO 63017   which  was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes in an effort to collect  a disputed personal account.

8. Defendant communicated with plaintiff at her place of employment after being told not to.

9. Defendant told plaintiff's former spouse about the alleged debt, even though he was not a party to the account or in any way contractually liable thereon.

FIRST COUNT

10. In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692c, e, or -g.

SECOND COUNT

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

12. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.* causing plaintiff to consult an attorney.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net